

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00284-CR

Josie L. **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1192
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's brief was due January 14, 2019, but was not filed. This court notified appellant's appointed counsel, Todd McCray, of the deficiency on January 25, 2019. *See* TEX. R. APP. P. 38.8(b)(2). On February 12, 2019, counsel filed a motion for voluntary dismissal, stating appellant no longer desires to pursue her appeal. The motion, however, contains only counsel's signature and does not contain a signature from appellant. *See id.* R. 42.2(a) (providing voluntary motions to dismiss in criminal cases must be signed by both appellant and his or her attorney). In lieu of appellant's signature, counsel attached an affidavit, attesting appellant informed him by telephone that she no longer wishes to pursue the appeal and wants to file a motion to dismiss; however, he has been unable to obtain appellant's signature on the motion to dismiss because appellant has missed three office appointment and does not accept his phone calls.

After consideration of the above, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court. *See id.* R. 38.8(b)(3). We **ORDER** the trial court to conduct a hearing within fifteen days of the date of this order to determine whether appellant desires to pursue her appeal. *See id.* The trial court may, in its discretion, receive evidence on the issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We further **ORDER** the trial court to make written findings and conclusions on these issues. *See id.*. Additionally, we **ORDER** the clerk to file in this court, no later than **March 25, 2019**, a supplemental clerk's record containing the trial court's written findings of fact,

conclusions of law, and recommendations addressing whether appellant desires to pursue her appeal. *See id.*

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the district clerk, and the court reporter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court